# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAQUEL BERMUDEZ,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-1492-Orl-31UAM**

**EQUIFAX INFORMATION SERVICES,
LLC and MITSUBISHI MOTORS CREDIT
OF AMERICA, INC.,**

      **Defendants.**

_____

## ORDER

Plaintiff has filed a Motion (Doc. 11) to Strike Equifax's affirmative defenses.  In support thereof, Plaintiff cites to Florida Rules of Civil Procedure and numerous Florida state court decisions construing same.  Yet, this case is pending in federal court and clearly the Federal Rules of Civil Procedure apply.  Thus, Plaintiff's memorandum is largely a waste of the Court's time and Plaintiff's money.  Nevertheless, a *sua sponte* review of Defendant's Answer reveals that several affirmative defenses (namely its Seventh and Eighth defenses) are improper.  Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED as to Equifax's Seventh and Eighth defenses.  These affirmative defenses are stricken.  In all other respects, the Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 10, 2007.

                                                        GREGORY A. PRESNELL
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party